```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**TERESA A. MITCHELL,**            :

    **Plaintiff,**                :

vs.                                :

                                              CIVIL ACTION 06-0504-KD-M

**MICHAEL J. ASTRUE,**             :
Acting Commissioner of
Social Security,                   :

    **Defendant.**               :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **AFFIRMED** and that this action be **DISMISSED**.

**DONE** this 3rd day of April, 2007.

                                               Kristi  K. DuBose
                                               **KRISTI K. DuBOSE**
                                               **UNITED STATES DISTRICT JUDGE**